**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     James Fontenot and Jan Fontenot  **V.**  Jeffery Gibson

Appellate case number:   01-12-00747-CV

Trial court case number:  998611

Trial court:             Co Civil Ct at Law No 3 of Harris County

Date motion filed:       May 31, 2013

Party filing motion:     Appellee, Jeffery Gibson

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Jane Bland
                            ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle


Date:  July 1, 2013